IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LAMOTTE,

    Plaintiff,   No. CIV S-06-0792 DFL KJM P

  vs.

CAPT. MORENO, et al.,

    Defendants.   ORDER

_____/

    Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of December 12, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's January 4, 2007 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: January 19, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
lamo0792.36