IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LAMOTTE,

    Plaintiff,                    No. CIV S-06-0792 DFL KJM P

    vs.

CAPT. MORENO, et al.,

    Defendants.          <u>ORDER</u>

                                /

        On January 23, 2007, plaintiff requested an extension of time to file an amended complaint. On January 19, 2007 plaintiff was granted an extension of time of thirty days to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's January 23, 2007 request for an extension of time is denied as moot.

DATED: February 15, 2007.

                                                  U.S. MAGISTRATE JUDGE

/mp
lamo0792.36(2)