IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **KENNETH LA MOTTE,** | 2:06-CV-0792 RRB KJM P |
| Plaintiff, | **ORDER** |
| v. | |
| **MORENO, et al.,** | |
| Defendants. | |

On December 18, 2007, Defendants filed a motion for extension of time to file their reply brief in support of their motion to dismiss. For good cause shown, Defendants are granted an extension of time, up to and including January 16, 2008, in which to file their reply brief.

DATED: December 28, 2007.

_____
U.S. MAGISTRATE JUDGE

*Order*

1