IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH LAMOTTE,

    Plaintiff,                    No. CIV S-06-0792 JAM KJM P

    vs.

MORENO, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' January 15, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (docket no. 38) is granted; and

        2. Plaintiff is granted sixty days from the date of this order in which to file and serve an opposition to defendants' January 15, 2008 motion to dismiss. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: July 11, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
lamo0792.36